# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 28, 2015

Ms. Alisa B. Klein
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Erin Elizabeth Mersino
Thomas More Law Center
P.O. Box 393
Ann Arbor, MI 48106

Re: Case No. 13-1944, *Mersino Mgmt Co, et al v. Sylvia Burwell, et al*
Originating Case No. : 2:13-cv-11296

Dear Counsel:

   The Court issued the enclosed Order today in this case.

                          Sincerely yours,

                          s/Bryant L. Crutcher
                          Case Manager
                          Direct Dial No. 513-564-7013

cc:  Mr. Bradley Humphreys
      Eric Rasmusen
     Mr. Mark B. Stern
     Mr. David J. Weaver

Enclosure

Mandate to issue

No. 13-1944

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| MERSINO MANAGEMENT COMPANY, et al., | ) | |
| | ) | **FILED** |
| Plaintiffs-Appellants, | ) | Jan 28, 2015 |
| | ) | DEBORAH S. HUNT, Clerk |
| v. | ) | O R D E R |
| | ) | |
| SYLVIA M. BURWELL, Secretary of the United States Department of Health and Human Services, et al., | ) ) ) ) ) | |
| Defendants-Appellees. | ) | |

Before: COLE, Chief Judge; BATCHELDER and CLAY, Circuit Judges.

Plaintiffs appealed the district court's denial of their motion to preliminarily enjoin the government from enforcing the contraceptive coverage provisions of the Affordable Care Act. Based upon the Supreme Court's opinion in *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751 (2014), the government now agrees with plaintiffs that the district court's denial of a preliminary injunction should be reversed. It moves this court to reverse the district court's order and remand the case for further proceedings. The plaintiffs consent to the government's motion. In view of the parties' agreement on this matter, the district court's July 11, 2013 order denying plaintiffs' motion for a preliminary injunction is **REVERSED** and this case is **REMANDED** for further proceedings.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk